IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI (ST. LOUIS)

| | |
|---|---|
| RADHA GEISMANN, M.D., P.C., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:14-cv-00472-CDP |
| ZOCDOC, INC., | ) ) ) |
| Defendant. | ) |

**MOTION TO STRIKE CLASS ALLEGATIONS**

Pursuant to Federal Rules of Civil Procedure 12(f) and 23, defendant ZocDoc, Inc. ("ZocDoc") moves to deny class certification in this case and strike the class allegations in plaintiff Radha Geismann, M.D., P.C.'s ("Geismann") Class Action Petition ("Complaint"). Class certification should be denied and the class allegations should be stricken because it is clear from the face of the Complaint that Geismann will not be able to establish commonality, typicality, adequacy, predominance, or superiority.

WHEREFORE, for the foregoing reasons, as set forth more fully in the accompanying memorandum of law, ZocDoc requests that the Court deny class certification and strike the class allegations in the Complaint.

1

Dated: April 18, 2014                                   Respectfully submitted,

                                                                            LATHROP & GAGE LLP

*/s/ Blaine C. Kimrey*

Blaine C. Kimrey (#50074)
bkimrey@lathropgage.com
155 N. Wacker Drive, Suite 3050
Chicago, IL 60606
Telephone: (312) 920-3300
Facsimile:  (312) 920-3301

Matthew Jacober (#51585)
mjacober@lathropgage.com
Pierre Laclede Center
7701 Forsyth Blvd., Suite 500
Clayton, MO 63105
Telephone: (314) 613-2800
Facsimile: (314) 613-2801

**Attorneys for defendant ZocDoc, Inc.**

## **CERTIFICATE OF SERVICE**

      I, Blaine C. Kimrey, hereby certify that on this 18th day of April, 2014, a true and correct copy of the foregoing was served by CM/ECF to the parties registered with the Court's CM/ECF system.

      */s/ Blaine C. Kimrey*