## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RADHA GEISMANN, M.D., P.C., individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) ) Case No.: 4:14-CV-00472 CDP v. ) ) ZOCDOC, INC., ) ) Defendant. ) | |

### PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE OF COUNT III
### OF PLAINTIFF'S PETITION

COME NOW Plaintiff, RADHA GEISMANN, M.D., P.C., by and through the undersigned counsel, and dismisses **without prejudice** as to COUNT III, MISSOURI CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT Chapter 407, only of Plaintiff's Petition, against Defendants. **No other Counts are hereby dismissed.**

/s/ Max G. Margulis
Max G. Margulis, #24325MO
**MARGULIS LAW GROUP**
28 Old Belle Monte Rd.
Chesterfield, MO 63017
P: (636) 536-7022
F: (636) 536-6652
E-Mail: MaxMargulis@MargulisLaw.com
*Attorney for Plaintiff*

Brian J. Wanca, *admitted Pro Hac Vice*
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847/368-1500
Fax:  847/368-1501
E-Mail: bwanca@andersonwanca.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2014, I submitted the foregoing via this Court's CM/ES system, which served notice of the filing on the Attorneys for Defendant, Matthew Jacober, LATHROP & GAGE, LLP, Pierre Laclede Center, 7701 Forsyth Blvd, Ste 500, Clayton, MO 63105, Phone: (314) 613-2845, Fax: (314) 613-2801, Email: Mjacober@lothropgage.com and Blaine C. Kimrey, 155 N. Wacker Drive, Ste 3050, Chicago IL 60606, P: (312) 920-3300, F: (312) 920-3301, Email: bkimrey@lathropgage.com and a courtesy copy was also served by email.

        /s/ Max G. Margulis