IN THE UNITED STATES COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RADHA GEISMANN, M.D., P.C., individually and on behalf of all others similarly-situated, ) ) ) Plaintiff, ) ) v. ) ) ZOCDOC, INC., and JOHN DOES 1-10, ) ) Defendants. ) | Case No.: 1:14-cv-07009 (LLS) (KNF) Hon. Louis L. Stanton |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Radha Geismann, M.D., P.C., individually and on behalf of all others similarly situated, by and through its undersigned counsel, in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order & Judgment entered in this action on September 26, 2014 (Doc. 55).

Respectfully submitted,

/s/ Aytan Y. Bellin
Aytan Y. Bellin
BELLIN & ASSOCIATES LLC
85 Miles Avenue
White Plaines, NY10606
Phone: 914-358-5345
Fax: 212-571-0284
E-mail: Aytan.Bellin@bellinlaw.com

Max G. Margulis, #24325, Pro hac vice submitted
**MARGULIS LAW GROUP**
28 Old Belle Monte Rd.
Chesterfield, MO 63017
P: (636) 536-7022 – Residential
F: (636) 536-6652 – Residential
E-Mail: MaxMargulis@MargulisLaw.com

Brian J. Wanca, Pro hac vice submitted
Ross M. Good, Pro hac vice submitted
Ryan M. Kelly, Pro hac vice submitted
Anderson + Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
Facsimile: (847) 368-1501
E-mail: bwanca@andersonwanca.com, rgood@andersonwanca.com
rkelly@andersonwanca.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2014, I submitted the foregoing via this Court's CM/ES system, which served notice of the filing on the Attorneys for Defendant, Charles J. Nerko, Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York 10019, P: 212-407-7700, T: 212-407-7799, Email: cnerko@vedderprice.com and Blaine C. Kimrey and Bryan K. Clark,, Vedder Price, P.C., 222 North LaSalle Street, Chicago IL 60601, P: (312) 609-7500, F: (312) 609-5005, Email: bkimrey@vedderprice.com, bclark@vedderprice.com and a courtesy copy was also served by email.

/s/ Aytan Y. Bellin