Case 14-3708, Document 20, 12/30/2014, 1405914, Page1 of 1

S.D.N.Y.-N.Y.C.
14-cv-7009
Stanton, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of December, two thousand fourteen.

Present:
> Raymond J. Lohier, Jr.,
> Susan L. Carney,
> Christopher F. Droney,
> *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 30, 2014

Radha Geismann, M.D., P.C., individually and on behalf of All Others Similarly Situated,

> *Plaintiff-Appellant*,

v.                                                                                                         14-3708

Zocdoc, Incorporated,

> *Defendant-Appellee*,

John Does 1-10,

> *Defendants*.

Appellant moves for leave to proceed in the district court pursuant to Federal Rule of Civil Procedure 60(a). Upon due consideration, it is hereby ORDERED that the motion is DENIED.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*/s/ Catherine O'Hagan Wolfe*
SAO-SMH

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

*/s/ Catherine O'Hagan Wolfe*

CERTIFIED COPY ISSUED ON 12/30/2014