## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RADHA GEISMANN, M.D., P.C., individually and on behalf of all others similarly-situated, <br><br> Plaintiff, <br><br> v. <br><br> ZOCDOC, INC., and JOHN DOES 1-10, <br><br> Defendants. | Case No.: 1:14-cv-07009 (LLS) (KNF) <br><br> Hon. Louis L. Stanton |

### **PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Radha Geismann, M.D., P.C., individually and on behalf of all others similarly situated, by and through its undersigned counsel, in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion & Order entered July 28, 2017 (Doc. 73) and the Order for Deposit in Interest Bearing Account (Doc. 75), entered August 7, 2017.

Date:  August 28, 2017            Respectfully submitted,

                                                             s/Aytan Y. Bellin
                                                             Aytan Y. Bellin
                                                             BELLIN & ASSOCIATES LLC
                                                             85 Miles Avenue
                                                            White Plains, NY  10606
                                                            Telephone: 914-358-5345
                                                            Fax: 212-571-0284
                                                            E-mail: Aytan.Bellin@bellinlaw.com

Brian J. Wanca (pro hac vice)
Ross M. Good, Pro hac vice submitted
Ryan M. Kelly, Pro hac vice submitted
Anderson + Wanca
3701 Algonquin Road, Suite 500

Rolling Meadows, IL 60008
Telephone: 847-368-1500
Facsimile: 847-368-1501
E-mail: bwanca@andersonwanca.com, rgood@andersonwanca.com
rkelly@andersonwanca.com

Max G. Margulis (pro hac vice)
MARGULIS LAW GROUP
28 Old Belle Monte Road
Chesterfield, MO  63017
Telephone: 636-536-7022
Fax: 636-536-6652
E-Mail: MaxMargulis@MargulisLaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 2, 2016, I submitted the foregoing via this Court's CM/ECF system, which served notice of the filing on the Attorneys for Defendant, Charles J. Nerko, Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York 10019, P: 212-407-7700, T: 212-407-7799, Email: cnerko@vedderprice.com and Blaine C. Kimrey and Bryan K. Clark,, Vedder Price, P.C., 222 North LaSalle Street, Chicago IL 60601, P: (312) 609-7500, F: (312) 609-5005, Email: bkimrey@vedderprice.com, bclark@vedderprice.com.

                                        s/Aytan Y. Bellin