```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RADHA GEISMANN M.D., P.C.,

                    Plaintiff,                    14 Civ. 7009 (LLS)

        -against-                                 **ORDER**

ZOCDOC, INC.,

                    Defendant.
------------------------------------------------------------X
```

Having given counsels' March 20 and March 25, 2020 letters and their exhibits due consideration, their disputes are resolved:

1. ZocDoc must produce all retainer agreements involving all counsels in this case, and correspondence (or portions) relevant thereto, but not in other cases; and

2. ZocDoc needs only to produce faxes which are <u>copies</u> of the faxes sent to plaintiff, regardless of their address. That does not include the James L. Orrington II, DDS, PC fax.

So Ordered.

Dated: New York, New York
       April 7, 2020

                                        /s/ Louis L. Stanton
                                        ────────────────────
                                        LOUIS L. STANTON
                                        U.S.D.J.