UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RADHA GEISMANN M.D., P.C.,

                    Plaintiff,                  14 Civ. 7009 (LLS)

      -against-                        **ORDER**

ZOCDOC, INC.,

                    Defendant.
------------------------------------------------------------X

      The name "ZocDoc" in paragraph no. 1 of the Order dated April 7, 2020 (Doc. # 129) is amended to read "Geismann".

      So Ordered.

Dated: New York, New York
       April 8, 2020

                                                   */s/ Louis L. Stanton*
                                               LOUIS L. STANTON
                                                   U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/20