```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RADHA GEISMANN, M.D., P.C.,

        Plaintiff,

v.

ZOCDOC, INC., *et al.*,

        Defendants.

Case No. 14 Civ. 7009 (LLS) (KNF)

## [~~PROPOSED~~] AGREED ORDER

This matter coming before the Court on the request of defendant ZocDoc, Inc. for an Order disbursing the funds held by the Clerk of Court in an interest-bearing account to plaintiff Radha Geismann M.D., P.C. ("Geismann"), the request being agreed upon by all parties, and the Court being fully advised, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court shall pay the principal balance of $20,052.12 plus any interest accrued to Geismann, in care of its counsel Max G. Margulis, Margulis Law Group, 28 Old Belle Monte Rd., Chesterfield, MO 63017.

2. The Clerk of Court shall deduct from the investment the authorized fee from the earned income, as authorized by the Judicial Conference and set by the Director of the Administrative Office.

**SO ORDERED:**

*Louis L. Stanton*
Louis L. Stanton
U.S.D.J.

Dated: **12/18/20**
New York, NY

1