IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RADHA GEISMANN, M.D., P.C., individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOCDOC, INC., and JOHN DOES 1-10,<br><br>Defendants. | Case No.: 1:14-cv-07009 (LLS) (KNF)<br><br>Hon. Louis L. Stanton |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), plaintiff RADHA GEISMANN, M.D., P.C., and defendant ZOCDOC, INC., through their undersigned attorneys, hereby dismiss this action without prejudice and without costs.

Respectfully submitted,

Attorneys for Plaintiff:

**Bellin & Associates LLC**
By: /s/ Aytan Y. Bellin
Aytan Y. Bellin
85 Miles Avenue
White Plains, NY 10606
(914) 358-5345
Aytan.Bellin@bellinlaw.com

**Margulis Law Group**
By: /s/ Max G. Margulis
Max G. Margulis
28 Old Belle Monte Road
Chesterfield, MO 63017
(636) 536-7022 - Residential
MaxMargulis@MargulisLaw.com

Attorneys for Defendant:

**Vedder Price P.C.**
By: /s/ Joshua A. Dunn
Joshua A. Dunn
1633 Broadway, 31st Floor
New York, NY 10019
(212) 407-7700
jdunn@vedderprice.com

**Vedder Price P.C.**
By: /s/ Blaine C. Kimrey
Blaine C. Kimrey
Bryan K. Clark
222 North LaSalle Street
Chicago, IL 60601
(312) 609-7500
bkimrey@vedderprice.com
bclark@vedderprice.com

**Anderson + Wanca**

By: _/s/_

Brian J. Wanca
Ryan M. Kelly
Ross M. Good
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
(847) 368-1500
bwanca@andersonwanca.com
rkelly@andersonwanca.com
rgood@andersonwanca.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2021, I electronically filed the foregoing Joint Stipulation of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

_/s/ Ross M. Good_